```
                       UNITED STATES DISTRICT COURT

                         DISTRICT OF CONNECTICUT


GARY W. STOCKING,                       :
        Plaintiff,                      :
                                        :
    v.                                  :    CASE NO. 3:11-cv-587 (WWE)
                                        :
MIDDLETOWN POLICE DEPT., et al.,        :
        Defendant.                      :
```

RULING ON MOTION TO AMEND [Doc. #15]

On March 14, 2012, the Court of Appeals dismissed the plaintiff's appeal and directed the district court to consider the merits of the amended complaint filed along with the notice of appeal. Since then, however, the plaintiff has filed two motions for leave to amend his complaint.

The plaintiff's most recent motion to amend [**doc. #15**] is **GRANTED**. The plaintiff shall file an amended complaint on or before **May 21, 2012.** The amended complaint shall include all persons the plaintiff wishes to sue in the case caption and allege facts demonstrating how each defendant is involved in his claims. The Clerk is directed to send the plaintiff an amended complaint form with this order.

**SO ORDERED** at Bridgeport, Connecticut, this 19th day of April 2012.

                                              /s/
                                    _____
                                    Warren W. Eginton
                                    Senior United States District Judge